IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MARK KILBOURN,**

    **Plaintiff,**

vs.                          **Case No. 5:04cv153-RH/WCS**

**STONE CONTAINER CORPORATION,**

    **Defendant.**

    _____/

## O R D E R

Defendant has moved to strike expert witnesses Levy and Frederick and to enlarge the discovery period.  Doc. 36, as modified, doc. 38.  Plaintiff has withdrawn Dr. Levy as an expert, and the motion is moot as to that witness.  Doc. 41.  Plaintiff states he plans to use Frederick only as a rebuttal witness to rebut opinions by Defendant's experts.  *Id.*  Thus, the disclosure of Frederick as an expert on about March 29, 2005, was timely, within 30 days after the disclosures by Defendant, on about March 25, 2005.  *Id.* and  Fed.R.Civ.P. 26(a)(2)(C).

Accordingly, it is **ORDERED** that:

1.  Defendant's motion to strike expert witnesses Levy and Fredericks, doc. 36, is **DENIED** as moot.

2.  The Clerk shall refer the motion for an enlargement of the time for discovery, doc. 36, to Chief Judge Hinkle.

**DONE AND ORDERED** on May 6, 2005.

        **s/   William C. Sherrill, Jr.**
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**