# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARK KILBOURN,

    Plaintiff,

v.                              CASE NO. 5:04cv153-RH/WCS

STONE CONTAINER CORPORATION,

    Defendant.

_____/

## ORDER STAYING PROCEEDINGS PENDING SETTLEMENT

Plaintiff has filed notice that this matter has been settled. (Document 47.) According to the notice, the settlement "may be" contingent on approval of settlements in related cases pending elsewhere. Accordingly,

IT IS ORDERED:

All deadlines in this action are extended 60 days. The pretrial conference and trial are continued to dates to be set if the action is not dismissed pursuant to the parties' settlement agreement. By separate notice, the clerk shall set a status conference by telephone for the first available date on or after July 16, 2005.

SO ORDERED this 25th day of May, 2005.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge